**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAX CORRALES, et al., <br>     Plaintiffs, <br> v. <br> SAN JOSE UNIFIED SCHOOL DISTRICT, <br>     Defendant. | Case No. 15-cv-04559-BLF <br><br> **ORDER RE NOTICE OF SETTLEMENT** <br><br> [Re: ECF 15] |

Before the Court is Plaintiffs' Notice of Settlement, which informs the Court that the parties have reached a settlement in this case and Plaintiffs will dismiss the matter upon receiving the settlement check. Accordingly, the Court VACATES all dates currently set for this case and ORDERS Plaintiff to dismiss the case or submit a status update by May 18, 2016.

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge